**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 1:26-03945-MJ-Torres

**UNITED STATES OF AMERICA**

**v.**

**OSCAR ELLIOT BRYANT,**

**Defendant.**
__________________________________/

FILED BY KAN D.C.
Oct 27, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 3, 2026? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *Joseph-Robert Forman*
JOSEPH-ROBERT FORMAN
Assistant United States Attorney
Florida Bar No. 117719
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9161
E-mail: Joseph-Robert.Forman@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
OSCAR ELLIOT BRYANT
Defendant(s)

Case No. 1:26-03945-MJ-Torres

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 23, 2026 & October 26, 2026 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Complainant's signature ID#103238

Thomas Lester, Special Agent FBI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: 10/27/2026

Judge's signature

City and state: Miami, Florida

Honorable Edwin G. Torres, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Thomas Lester, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crime/Fugitive Task Force in the Miami Division. I have been an FBI Special Agent since July 2024. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, federal offenses. As a Special Agent for the FBI, my duties involve the investigation of a variety of violations of federal offenses, including, but not limited to, bank robberies, Hobbs Act robberies, kidnapping, murder for hire, firearms violations, and carjacking.

2. Through my training and experience, I have become familiar with investigative methods commonly used in violent crime investigations, as well as techniques employed by individuals who commit such offenses.

3. This Affidavit is submitted in support of a criminal complaint charging OSCAR ELLIOT BRYANT ("BRYANT") with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

4. As detailed below, there is probable cause to believe that on or about October 23, 2026, BRYANT knowingly took, by intimidation, United States currency from an employee and in the presence of employees of First American Bank, located at 79 E Flagler Street, Miami, Florida 33131, the deposits of which are insured by the Federal Deposit Insurance Corporation ("FDIC").

5. Further, there is probable cause to believe that on or about October 26, 2026, BRYANT knowingly took, by intimidation, United States currency from an employee and in the presence of employees of Regions Bank, located at 265 SE 1st Street, Miami, Florida 33131, the deposits of which are insured by the FDIC.

6. The statements contained in this Affidavit are based on my personal knowledge and information provided to me by other law enforcement officials and witnesses involved in this investigation. This Affidavit does not include every fact known to law enforcement, but rather those necessary to establish probable cause.

## PROBABLE CAUSE

### *First American Bank*

7. On or about October 23, 2026, at approximately 11:45 a.m., a black male—later identified as BRYANT—entered First American Bank located at 79 E Flagler Street, Miami, Florida 33131. BRYANT was wearing all black clothing, a hat and sunglasses and multicolored shoes with orange trim. Surveillance captured images of BRYANT's approach and entry into the bank. Still images of the surveillance are provided below.

[This Space Intentionally Left Blank]





8. Upon entering, a bank employee, in accordance with policy, instructed BRYANT to remove his hat and sunglasses, which he did. BRYANT then approached a bank teller ("Victim Teller #1") at the counter and presented a demand note stating, "you can make it hard or easy all I want is 50s 100s I do have a gun under my jacket." A photo of the note is provided below.




9. In fear for their life, Victim Teller #1 complied, providing BRYANT with $4,750 in U.S. currency. BRYANT placed the money into a black bag and fled the bank on foot eastbound towards East 1st Avenue to 2nd Avenue at approximately 11:49 am.

10. A subsequent review of surveillance footage captured BRYANT—identifiable as the perpetrator of the robbery based on, among other things, matching clothing and footwear—fleeing from the bank to a Metrorail station at NW 2nd Avenue and NW 2nd Street. At approximately 11:59 am, BRYANT was seen scanning a transit card at that Metrorail station. Records reviewed from Miami-Dade transit revealed the card swiped at that terminal and station was registered to BRYANT, under his full name and date of birth.

11. The First American Bank located at 79 E Flagler Street, Miami Florida, 33131 is FDIC-insured.

***Regions Bank***

12. On or about October 26, 2026, at approximately 9:00 am, a black male, later identified as BRYANT, entered the Regions Bank located at 265 SE 1st Street, Miami, Florida 33131. BRYANT was wearing black pants, a black zip up hoodie, light multicolored shoes with orange trim and a black baseball hat with white "NY" lettering, the same clothing description observed from the First American Bank robbery. BRYANT approached a customer counter and wrote a note on the back of a deposit slip and presented it to a bank teller ("Victim Teller #2"). The note, which contained language consistent with the note used in the First American Bank Robbery on October 23, 2026, read: "you can mak[e] it hard or easy I do have a gun all I want 50's 100's."









13. Victim Teller #2, in fear for her life, complied and provided BRYANT with $2000 in U.S. currency. BRYANT fled north on Carlos Gardel Avenue at approximately 9:04 am.

14. In a subsequent interview with law enforcement, Victim Teller #2 identified BRYANT by his full name. Victim Teller #2 confirmed she had seen BRYANT on prior occasions at the bank and knew him as a former customer and prior account holder at the bank. Victim Teller #2 was presented with a photo of BRYANT and positively identified him as the individual who handed her the note in connection with the October 26, 2026 robbery.

15. Law enforcement compared surveillance footage from the Regions Bank and First American Bank robberies and identified the same individual, BRYANT, based on his distinctive and specific clothing, including black pants, a black zip up hoodie, light multicolored shoes with orange trim and a black baseball hat with white "NY" lettering, as well as the identification by Victim Teller #2, which matched the identification law enforcement obtained from the Metro Rail card in connection with the October 23, 2026 First American Bank Robbery.

16. The Regions Bank located at 265 SE 1st Street, Miami, Florida 33131 is FDIC-insured.

***Contact with BRYANT***

17. Later, on October 26, 2026, City of Miami Police Officers were at the Metrorail Transit Center attempting to locate BRYANT. Surveillance review allowed officers to determine the stop where BRYANT exited the train. Officers located BRYANT at a bus stop near the MLK Plaza Metrorail Station. BRYANT was detained, and officers recovered $1,679 in U.S. currency from his front left jacket pocket.

18. After being transported to the City of Miami Police Department, BRYANT was advised of his *Miranda* rights, which he acknowledged and waived orally. In the audio and video recorded interview, BRYANT identified himself as OSCAR ELLIOT BRYANT and voluntarily admitted to robbing both First American Bank on October 23 and Regions Bank on October 26,

identifying himself in surveillance images from each robbery. BRYANT stated he used robbery proceeds to purchase new clothing, drugs, and alcohol. BRYANT stated he used drugs the night before the October 26, 2026 robbery, but had not used drugs on October 26, 2026, only drinking alcohol that day. While BRYANT initially stated he felt the "effects" of his drug use from the night before and asserted a history of mental health issues, he acknowledged he understood what was happening and was able to speak with law enforcement. BRYANT further affirmed that he understood what was happening despite having consumed alcohol that day.

19. To further investigate, law enforcement identified BRYANT's public Facebook page and located a photograph posted on March 2, 2026, depicting BRYANT wearing the same multicolored shoes with orange trim depicted in surveillance images associated with both robberies. The photo is provided below.



## CONCLUSION

20. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to charge OSCAR ELLIOT BRYANT, with violations of Title 18, United States Code, Section 2113(a), for the robbery of First American Bank on October 23, 2026 and Regions Bank on October 26, 2026, both FDIC-insured financial institutions.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT THOMAS LESTER
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, this 27 day of October 2026.

HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:26-03945-MJ-Torres

**BOND RECOMMENDATION**

DEFENDANT: Oscar Elliot Bryant

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: Joseph-Robert Forman
AUSA: Joseph-Robert Forman

Last Known Address: ____________________

____________________

____________________

What Facility: FDC - Miami

____________________

Agent(s): Thomas Lester
(**FBI**) (SECRET SERVICE) (DEA) (IRS) (ICE) (OTHER)